AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| United States of America | ) |
|---|---|
| v. | ) |
| Mushtaq Ahmad HABIBI, (02) | ) Case No.   Mag. No. 24-1070 WRP |
| | ) |
| | ) FILED UNDER SEAL PURSUANT TO |
| | ) CRIMLR5.2(a)(1) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mushtaq Ahmad HABIBI ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001(a)(3),            -    False Writings
18 U.S.C. §§ 1343 and 1349    -    Wire Fraud and Wire Fraud Conspiracy
18 U.S.C. § 1546                       -    Visa Fraud
18 U.S.C. § 371                         -    Conspiracy

Date:   10/18/2024

City and state:   Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 10/21/2024
at *(city and state)*   Sterling, VA

Date: 10/21/2024

*Arresting officer's signature*

SA Michael Powell, DSS
*Printed name and title*